UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>  Plaintiff,<br><br>  v.<br><br>Z. CRUME, et al.,<br><br>  Defendants. | No.  2:19-cv-0723 TLN AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a ninety-day stay, ECF No. 13, which is being construed as a motion for extension of time to file an amended complaint.  The current deadline to file an amended complaint is May 4, 2020.  Plaintiff requests the extension of time on the grounds that he is currently separated from his legal documents because he is being held for transfer and he is unable to go to the law library due to the current public health crisis.  Id.  Good cause appearing, the request for extension will be partially granted and plaintiff shall have an additional sixty days to file an amended complaint.  If plaintiff requires additional time, he may file another request for extension.  Plaintiff is further reminded that he is not required to, and should not, include legal citations in his complaint.  Instead, he should focus on explaining to the court what each defendant did or did not do that he believes violated his constitutional rights.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 13, is granted in part.

2. Plaintiff shall have an additional sixty days, up to and including July 3, 2020, to file a second amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

DATED: April 20, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE