UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>            Plaintiff,<br><br>     v.<br><br>Z. CRUME, et al.,<br><br>            Defendants. | No. 2:19-cv-0723 TLN AC P<br><br><br><br>ORDER |

By order filed March 31, 2020, the undersigned screened the first amended complaint and found that it did not state any claims for relief and plaintiff was given thirty days to file an amended complaint. ECF No. 10. Plaintiff then requested an extension of time and was granted an additional sixty days to file his amended complaint. ECF No. 14. That deadline has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: July 20, 2020

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE