UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>Plaintiff,<br><br>v.<br><br>Z. CRUME, et al.,<br><br>Defendants. | No. 2:19-cv-0723 TLN AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2020, the undersigned filed findings and recommendations and notified plaintiff that he could file objections within fourteen days. ECF No. 23. After being granted an extension of time, ECF No. 25, plaintiff filed document styled as a request for a certificate of appealability, ECF No. 26. It appears that the request is intended to state plaintiff's objections to the December 15, 2020 findings and recommendations, and it will be construed as such.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a certificate of appealability, ECF No. 26, is construed as objections to the December 15, 2020 findings and recommendations.

DATED: January 5, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1