UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:19-cv-00723-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| Z. CRUME, et al., | |
| Defendants. | |

Plaintiff Shawn Damon Barth ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 26.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 15, 2020 (ECF No. 23), are ADOPTED IN FULL;

2. The first amended complaint is DISMISSED for failure to state a claim as outlined in the March 31, 2020 screening order (ECF No. 10).  *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED:  January 14, 2021

Troy L. Nunley
United States District Judge